MBN-105-71

| Case Agent: Report of Investigation | Page 1 of 3 | Case Number: B5-021-1-2011 |
|---|---|---|

**Name:** (Last, First, Middle)
JAUCH, JESSICA N

| Case Status: Active | Assisting Agents: | Cross Related Files: |
|---|---|---|
| Case Agent: WOODRUFF, STEVEN | | |
| UC Agent: | Other Officers: | |
| Case Initiated: 02/17/11 | UPCHURCH, LEE CHOCTAW COUNTY SHERIFFS DEPT | |
| District: WEST POINT | | |

**Report Reference:**
CI PURCHASE XANAX 2 MG IN CHOCTAW COUNTY, MS.

## SYNOPSIS

On Thursday, February 17, 2011, at approximately 1242 hours, confidential informant 163-2005 purchased eight (8) dosage units of Xanax 2 MG for forty ($40.00) dollars of Official State Funds from JESSICA JAUCH. This transaction took place in the parking lot of Dollar General in Ackerman, Choctaw County, Mississippi. Surveillance was conducted by Mississippi Bureau of Narcotics Agent Woodruff and Choctaw Deputy Upchurch in Agent Woodruff's Official State Vehicle.

## DETAILS

1. On Thursday, February 17, 2011, at approximately 1215 hours, a pre-buy meeting was held in Choctaw County, Mississippi. Present at this meeting was Mississippi Bureau of Narcotics Agent Woodruff and Choctaw County Deputy Upchurch along with coded confidential informant 163-2005 and an uncoded confidential informant (herein after referred to as confidential informant.) The purpose of this meeting was to establish a plan to purchase illegal narcotics from JESSICA JAUCH in Choctaw County, Mississippi.

2. At this meeting Agent Woodruff searched the confidential informants and the confidential informant's vehicle finding no illegal drugs, weapons or money.

3. Agent Woodruff then installed surveillance equipment on the uncoded confidential informant's person to capture evidence of an alleged drug transaction.

4. At approximately 1235 hours, Agent Woodruff issued the coded confidential informant forty ($40.00) dollars of Official State Funds to purchase illegal narcotics from JESSICA JAUCH.

5. At approximately 1237 hours, the confidential informants departed the pre-buy meeting location en-route to Dollar General on Highway 15 in Ackerman, Choctaw County, Mississippi to meet JESSICA JAUCH.

| Distribution: | Signature (Agent): | Date Agent Signed: 3/15/11 |
|---|---|---|
| | Approved (Name and Title): Capt | Date Approved: 3-21-11 |

Official Use Only
**Mississippi Bureau of Narcotics**
This report is the property of the Mississippi Bureau of Narcotics. Neither it nor its content may be disseminated outside the agency to which loaned.



EXHIBIT
A
Blumberg No. 5208



# Mississippi Bureau of Narcotics
## Statement of Facts

Date: 2/17/20 11                     Case # B5-021-1-2011

On 2/17/2011 I met with MBN Agents Woodruff, and Deputy Upchurch at a pre-buy meeting in Choctaw County. At this meeting Agent Woodruff searched me and my vehicle finding no drugs or weapons. Agent Woodruff then installed surveillance equipment and issued me $40.00 of Official State funds. Myself and another C.I. left and drove to Dollar General in Ackerman to meet Sammy Gazaway and Jessica Parker/Jash. When we arrived at Dollar General we pulled beside Sammy and Jessica who were in a Green Dodge (KT7-650). I got out and approached the passenger door and talked with Jessica. Jessica slipped me 8 Xanax to keep Sammy from seeing them. I then handed Jessica the $40.00 from Agent Woodruff. We then left and drove back to the post-buy where I gave Agent Woodruff the Xanax he then searched us and our car finding no drugs or weapons. I then gave this written statement.

Signed: _____ Date: 2/17/2011

Agent _____ Date: 2/17/2011

Witness: _____ Date: ___/___/2011

008

# INDICTMENT

THE STATE OF MISSISSIPPI

VERSUS                                        CAUSE NUMBER ___2012-011-CR___

JESSICA JAUCH

INDICTMENT FOR THE OFFENSE OF
SALE OF A SCHEDULE IV CONTROLLED SUBSTANCE    §41-29-139(a)(1)(b)(4)

THE STATE OF MISSISSIPPI
COUNTY OF CHOCTAW

### IN THE CIRCUIT COURT OF CHOCTAW COUNTY, AUGUST TERM, 2011
Grand Jury Recalled on January 24, 2012

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empaneled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### JESSICA JAUCH

On or about February 17, 2011, in Choctaw County, Mississippi and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously, and knowingly or intentionally sell, transfer, distribute, or deliver to another human being eight (8) dosage units of a mixture containing Alprazolam, a Schedule IV controlled substance, and did then and there receive therefor a sum of lawful United States money, in violation of Mississippi Code Section 41-29-139(a)(1)(b)(4), against the peace and dignity of the State of Mississippi;

Endorsed: A True Bill

_Holly Cornett_
Foreman of the Grand Jury

_Assistant District Attorney_

STATE OF MISSISSIPPI
COUNTY OF CHOCTAW
This is to certify that the above is a true and correct
copy of the ___indictment___ as filed
in File ___J MB 6 Page 799___
This the 24 day of ___Jan___ 20 12

_Peggy R. Miller_
Circuit Clerk

# FILED

JAN 2 4 2012

PEGGY R. MILLER, CIRCUIT CLERK

BY ___prm___ D.C.

07/27/2012 FRI 9:47  FAX 66228521 96 CHOCTAW CO CIRCUIT CLERK        Ø002/002