CAPIAS – Circuit Court

THE STATE OF MISSISSIPPI, CHOCTAW COUNTY

To the Sheriff of said County – Greetings:

You are hereby commanded to take **Jessica Jauch** if to be found in your County, and him/her safely keep, so that you have his/her body before the **Circuit Court of the County of Choctaw**, in said State, at the Courthouse in the town of Ackerman, MS, on the **31st day of January, 2012**, then and there to answer the State of Mississippi on an **indictment found against him/her on the 24th day of January, 2012, for:**

Ct. 1: **Sale of Schedule IV Controlled Substance**

And have there and then this writ:

Given under my hand and seal of said court, and issued this the 24th day of January, 2012

*Peggy R. Miller*
Peggy R. Miller, Circuit Clerk



EXHIBIT B  1

3


"Return"

**CAPIAS – Circuit Court**

THE STATE OF MISSISSIPPI, CHOCTAW COUNTY

To the Sheriff of said County – Greetings:

You are hereby commanded to take **Jessica Jauch** if to be found in your County, and him/her safely keep, so that you have his/her body before the **Circuit Court of the County of Choctaw**, in said State, at the Courthouse in the town of Ackerman, MS, on the **31st day of January , 2012**, then and there to answer the State of Mississippi on an **indictment found against him/her on the 24th day of January, 2012, for:**

Ct. 1: <u>Sale of Schedule IV Controlled Substance</u>

And have there and then this writ:



Given under my hand and seal of said court, and issued this the 24th day of January, 2012

*Peggy R. Miller*
Peggy R. Miller, Circuit Clerk

STATE OF MISSISSIPPI
CHOCTAW COUNTY

I HAVE THIS DAY EXECUTED THE WITHIN WRIT PERSONALLY BY DELIVERING TO

*Jessica Jauch*
A TRUE COPY OF THIS WRIT
THIS THE 27 DAY OF APRIL, 20 12
CLOYD HALFORD, SHERIFF
BY *Thomas Raybourn*

**FILED**

APR 27 2012

PEGGY R. MILLER, CIRCUIT CLERK
BY _____MBB_____ D.C.

DOCUMENT NO. 1                                                   4

# Arrest Report

**Choctaw County Sheriff's Department**

| Field | Value |
|---|---|
| Miranda Given By | |
| Date and Time of This Warning | Month 4 Day 27 Year 12 Time 0010 |
| CCSD Case Number | 1209164 |

1. Name – Last: Ellington, First: Jessica, Middle: Nicole
2. Alias:
3. Sex: F
4. Race: W
5. HGT: 5 ft 9 in
6. WGT: 160
7. Eye: Blue
8. Hair: Brown
9. Complexion: med
10. Scars, Marks, Tatoos or Amputations: Back
11. Place of Birth (City/Town): Tupelo
12. State: MS
13. Social Security Number: [redacted]
14. Date of Birth: [redacted]
15. ID Comments:
16. Fingerprint Class — HENRY CLASS: H Y
17. Parent, Guardian, Next of Kin: Patty Batlin
18. Home Address: 115 Lakefront Drive, Pearl, MS
19. Res Phone: 662 803-4030
20. Occupation: 
21. Employer: N/A
22. Business Address: N/A
23. Bus Phone: N/A
24. Location of Arrest: Starkville Police Department
25. Arrested for: ☑ CCSD
26. Condition of Arrestee: ☑ Sober
27. Resist Arrest? ☑ No
28. Injuries? ☐ Officer ☐ Arrestee
29. Armed? ☑ No
30. Description of Weapon:
31. Date of Arrest: Month 4 Day 27 Year 12
32. Time of Arrest: 0010
33. Type of Arrest: F ☑ Warrant
34. Arrested Before in this County? ☑ No
35. Charge (1): Emb/und/contract
36. Offense Date: 10/2/12
40. ☑ Misd
46. Warrant Number: 37184
47. Date Issued: 10/12/11

67. Arrest Disposition: ☑ Held

84. Circumstances Leading to, or Resulting in Arrest:
Ms Ellington was arrested in Starkville, MS from traffic stop. I was notified of warrant. I transported Miss Ellington from Starkville PD to Choctaw Co for proper paperwork and processing.

85. Arresting Officer – 1: Scott, Billy C.
86. Badge: C-6

TYPE OR PRINT IN BLACK INK ONLY

"Return"

## CAPIAS – Circuit Court

THE STATE OF MISSISSIPPI, CHOCTAW COUNTY

To the Sheriff of said County – Greetings:

You are hereby commanded to take **Jessica Jauch** if to be found in your County, and him/her safely keep, so that you have his/her body before the **Circuit Court of the County of Choctaw**, in said State, at the Courthouse in the town of Ackerman, MS, on the **31st day of January, 2012**, then and there to answer the State of Mississippi on an **indictment found against him/her on the 24th day of January, 2012, for:**

### Ct. 1: Sale of Schedule IV Controlled Substance

And have there and then this writ:



Given under my hand and seal of said court, and issued this the 24th day of January, 2012

*Peggy R. Miller*
Peggy R. Miller, Circuit Clerk

STATE OF MISSISSIPPI
CHOCTAW COUNTY

I HAVE THIS DAY EXECUTED THE WITHIN WRIT PERSONALLY BY DELIVERING TO

_Jessica Jauch_
A TRUE COPY OF THIS WRIT
THIS THE 27 DAY OF APRIL 20 12
CLOYD HALFORD, SHERIFF
BY _Thomas Raybourn_

F I L E D

APR 27 2012

PEGGY R. MILLER, CIRCUIT CLERK
BY _____ MBB _____ D.C.

DOCUMENT NO. 1                4

# Choctaw County Sheriff's Department

## Criminal Record

Name: Jessica Nicole Ellington  SSN#: [redacted]  DOB: [redacted]
Address: 54 Wisdom Rd Sturgis  Race: W  Sex: F
Height: 5'10"  Weight: 155  C/Hair: Brown  C/Eyes: Green
D/License #: [redacted]  Next of Kin: Patty Gatlin

| # | Jail Docket Page # | Line # | Arrest Date | Charges | Release Date |
|---|---|---|---|---|---|
| 1 | 285 | 13 | 4-27-12 | Warrant - Held for SPD | 7-25-12 |
| 2 | 285 | 14 | 4-27-12 | Copias released to city | 8-6-12 |
| 3 | 294 | 5 | 7-25-12 | returned from Okt. County AJA Bond DJ 65 | 8-6-12 |
| 4 | " | " |  | Released to Okti Elizabeth HA | 8-6-12 |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |
| 11 |  |  |  |  |  |
| 12 |  |  |  |  |  |
| 13 |  |  |  |  |  |
| 14 |  |  |  |  |  |

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
CHOCTAW COUNTY JUSTICE COURT

Agency Code: 10
Ticket No: TAPS

Date: 4/23/2015

**DEFENDANT**
Name: ELLINGTON, JESSICA      Race: _____   Sex: _____
Physical Address: 1331 LEBONAN ROAD
Mailing Address: _____
City: ACKERMAN      State: MS      Zip Code: 39735
Drivers License Number: _____   State: __   Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____   State: __   Year: ____
Vehicle Model Year: ____   Make: _____   Type: _____

**VIOLATION**
Charged With: EMBEZ/UND/CONTRACT      % BAC: ____   Speed: ____   Zone: ____
Date of Violation: 4/05/2011   Court Date: 5/10/2012   Hwy or Street: CHOCTAW
Charges Were Filed By: _____      Badge No: _____
Comments: _____
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: DISMISSED
By Judge: HUTCHINSON, JAN

Remarks by Court: 5/10/2012
   THE COUNTY ATTORNEY MOTIONED TO DISMISS AS THE AFFIANT
   HAS SETTLED THIS MATTER WITH DEFENDANT AND DOES NOT WISH TO
   GO FOWARD WITH THE CHARGE. SO ORDERED.
Case Notes:

Defendant was Fined: _____      Plus Assessments of: _____
Sentenced To: _____
      Bail Forfeited ( )          Appealed ( )
      Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
            Docket: 76            Page: 529
            Case: 37184

Signed: _____            Title: _____

Date: _____

IN THE CIRCUIT COURT OF CHOCTAW COUNTY, MISSISSIPPI

To: Joey Hood
33 Quinn St.
Ackerman, MS

You are hereby notified that the Trial Docket for **CHOCTAW** County for the **August, 2012**, term of Circuit Court of Choctaw County will be called on the **31st day of July, 2012, at 10:00 a.m.**

You or someone on your behalf, with knowledge of the trial status of your case must be present unless:

1. You have agreed to a continuance with counsel opposite, have notified the Clerk and have filed an agreed Scheduling Order setting out written discovery deadlines, deposition deadlines, deadlines for joinder of parties and amendment of pleadings and service of motions and confirmed that in writing to the Clerk on or before the Thursday next preceding the docket call.

2. You have other excusable reasons for not attending and have arranged with the Court to be excused by the Court and have confirmed that agreement in writing to counsel opposite and to the Clerk on or before the Thursday next preceding the docket call.

If by the date of the docket setting, ninety (90) days will not have elapsed from the time the Answer was due, you will not receive a trial setting unless both parties agree that the case is ready for trial.

If more than ninety (90) days are necessary for discovery and you have been pursuing discovery in a timely manner, you may by motion, request extension of the discovery time at any time within the ninety (90) day period following the date answer was due and not thereafter.

All motions affecting the trial status (Summary Judgment, Joinder of Parties or Continuance Motions) should be filed and noticed for hearing through the Clerk on or before the docket call.

*Peggy R Miller*
CIRCUIT CLERK, CHOCTAW COUNTY

You have the following cases on the docket for Choctaw County for the aforementioned term of Circuit Court.

**CRIMINAL**

| CASE NO. & STYLE | ATTORNEY | DATE FILED |
| --- | --- | --- |
| 2012-011-CR<br>State of MS vs. Jessica Jauch | Joey Hood | 4/27/12 |

**APPEAL**

| | | |
| --- | --- | --- |
| 2011-012-CR<br>Ralph Jackson vs. State of MS<br>Domestic Violence | Joey Hood | 6/10/11 |
| 2011-013-CR<br>Ralph Jackson vs. State of MS<br>Domestic Violence | Joey Hood | 6/10/11 |

MAILED/FAXED/HAND DELIVERED BY: PABB on July 16, 2012
(To be initialed and dated by the person mailing the notice.)

"Any case in which the answer has been served, and ninety (90) days has passed without extension time of the Court, will be deemed ready for trial. The Court will not grant additional discovery time unless the application therefore is made within ninety (90) days after the answer is served.



# Clark Law Firm, PLLC

**Brian Clark and David Clark**
Attorneys at Law

P. O. Box 487
3091 Hwy. 49 S.; Ste. G
Florence, MS 39073

Office: (601) 845-0518
Fax: (601) 845-0519
Email: office@clarklawms.com
www.clarklawms.com

July 17, 2012

Choctaw County Jail
122 Jailhouse Road
Ackerman, MS 39735
(662) 285-6129
Fax No: (662) 285-9040

Re: Jessica Ellington (Jauch);

Dear Sheriff Halford:

Enclosed please find a Consent to Guardianship regarding the minor child of the above referenced inmate at your facility. I have been given to understand that Ms. Ellington (Jauch) is agreeable to the guardianship. If this is accurate, please give the enclosed Consent to Guardianship to Ms. Ellington (Jauch) for her review and have her sign same before a notary. Once the document is signed, please fax to me at (601) 845-0519.

Should you have any questions or require additional information, please do not hesitate to contact me at (601) 845-0518. Thank you for your assistance in this matter.

Sincerely,

Brian Clark
Attorney for Patti J Gatlin

Enclosure

IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF HALEY NICOLE ELLINGTON, A MINOR
BY PATTI J. GATLIN                                  PETITIONERS

CIVIL ACTION NO._____

## CONSENT TO GUARDIANSHIP

STATE OF MISSISSIPPI
COUNTY OF Choctaw

I, Jessica Ellington (Jauch), being concerned about a certain minor child, namely Haley Nicole Ellington, a female child born January 02, 1998, and desiring that she be given proper care, and Patti J. Gatlin, being willing to provide said care, I hereby make oath and certify:

That I consent to surrender the care, custody and control of said minor child to Patti J. Gatlin for the purposes of guardianship.

Witness my hand this 24th day of July, 2012.

_____
JESSICA ELLINGTON (JAUCH)

SWORN TO AND SUBSCRIBED before me, this the 24th day of July, 2012.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES
Jan. 4, 2016

JUL 26. 2012 10:30AM　　　　　　　　　　　　　　　　　　　　　　　　　No. 6870　P. 3



**STEVE GLADNEY, SHERIFF**
**Oktibbeha County Sheriff's Department**
111 DR. D. L. Conner Drive
Starkville, MS 39759
Telephone: (662) 323-2421
FAX: (662) 324-5680



July 26, 2012

Choctaw County Sheriff Office
112 W. Quinn
Ackerman, MS 39735

Please place a detainer on Jessica Ellington, for Oktibbeha County. She has been indicted for Possession of control substance in Circuit Court of Oktibbeha County and must bond with us.

Thank you for your help in this matter. If there is anything else you need please call me at 662-323-2421.

James M. Vaughan
Oktibbeha County Sherriff's Office
Jail Administrator

IN THE CIRCUIT COURT OF CHOCTAW COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

V.  CIVIL ACTION 2012-011-CR

JESSICA JAUCH

### MOTION FOR DISCOVERY

COMES NOW the Defendant, Jessica Jauch, by and though the undersigned counsel, and would respectfully request the State to provide the following discovery information to wit:

1. Names and addresses of all witnesses in chief proposed to be offered by the prosecution at trial, together with a copy of the contents of any statement, written, recorded or otherwise preserved of each such witness and the substance of any oral statement made by any such witness.

2. Copy of any written or recorded statement of the defendant and the substance of any oral statement made by the defendant.

3. Copy of the criminal record of the defendant, if proposed to be used to impeach.

4. Any reports, statements, or opinions of experts, written, recorded or otherwise preserved, made in connection with the particular case and the substance of any oral statement made by any such expert.

5. Any physical evidence and photographs relevant to the case or which may be offered in evidence; and

6. Any exculpatory material concerning the defendant.

Respectfully submitted,

By: _____
B. Joey Hood, II

**FILED**
JUL 3 1 2012
PEGGY R. MILLER, CIRCUIT CLERK
BY _____ _____ D.C.

DOCUMENT NO. 1

IN THE CIRCUIT COURT OF CHOCTAW COUNTY, MISSISSIPPI

The Circuit Court of Choctaw County, Mississippi, having been duly opened on July 31, 2012, with His Honor, Judge Joseph H. Loper, Jr., Circuit Judge, Fifth Circuit Court District presiding, the following transactions of business were had, to-wit:

**#2012-011-CR, JESSICA JAUCH,** indicted on a charge of SALE OF SCHEDULE IV CONTROLLED SUBSTANCE, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Honorable Joey Hood, Choctaw County Public Defender, Ackerman Mississippi, was appointed as counsel. Bond was set at $15,000 in this cause. Trial was set for Monday, August 20, 2012;

**#2012-012-CR, DEON DANTZLER,** indicted on a charge of Counts I-VI of UTTERING FORGERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Joey Hood, Choctaw County Public Defender, Ackerman, Mississippi, was appointed as counsel. Bond was set at $25,000. Trial was set for Monday, August 20, 2012;

**#2012-013-CR, LENESHIA ROGERS,** indicted on a charge of Count I-IV of UTTERING FORGERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Richard Carter was appointed as counsel. Bond was set at $25,000. Trial was set for Monday, August 20, 2012.

**#2012-014-CR, CLINTON J. COOK (A),** indicted on a charge of ATTEMPTED MOTOR VEHICLE THEFT, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Honorable Joey Hood, Choctaw County Public Defender, Ackerman Mississippi, was appointed as counsel. Bond was set at $5,000 in

this cause. Trial was set for Monday, August 20, 2012;

**#2012-015-CR, BRENDA POTTS,** indicted on a charge of IDENTITY THEFT, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Honorable Joey Hood, Choctaw County Public Defender, Ackerman Mississippi, was appointed as counsel. Bond was set at $25,000 in this cause. Trial was set for Monday, August 20, 2012;

**#2012-016-CR, TOVA COFFEE A/K/A TOVA PARISH,** indicted on a charge of AGGRAVATED ASSAULT, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Honorable Richard Carter, Kosciusko, Mississippi, was retained as counsel. Bond was set at $5,000 in this cause. Trial was set for Monday, August 27, 2012;

**#2012-017-CR, ARTURO LOPEZ SANCHEZ,** indicted on a charge of Count I POSSESSION OF METHAMPHETAMINE AND Count II: POSSESSION OF METHAMPHETAMINE was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Honorable Joey Hood, Choctaw County Public Defender, Ackerman Mississippi, stood in for arraignment. Defendant stated he was hiring Honorable Percy Stanfield. Bond was set at $50,000 in this cause. Trial was set for Monday, August 29, 2012;

The Court does hereby Order that a copy of the within be both spread upon the Minutes of the Court and placed within each cause number file.

This the 8th day of August, 2012.

_____
CIRCUIT JUDGE

2

DOCUMENT NO. 1

**F I L E D**
AUG 08 2012
PEGGY R. MILLER, CIRCUIT CLERK
BY_____ MBB  D.C.

**POWER OF ATTORNEY**    **BAIL ONLY POWER AMOUNT $** 15,000

**LARRY EDWARDS d/b/a A & A BAIL BONDS**    8355

2779 West Roane Avenue • P. O. Box 93 • Eupora, MS 39744 • Office (662) 258-6500

KNOW ALL MEN BY THESE PRESENTS: That LARRY H. EDWARDS d/b/a, A & A BAIL BONDS, a Professional Bail Agent, as licensed by the Commissioner of Insurance of Mississippi, license number 200060, does constitute and appoint the below named Agent its true and lawful Attorney-in-Fact and is limited for him and in his name, place and stead, to execute, seal and deliver for and on his behalf and as his act and deed, as surety, a bail bond only, with full power and authority hereby conferred, **except, as agent for serving of process of forfeiture documents, which must be served on him (LARRY H. EDWARDS) personally,** and authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, fines, or wage law claims on behalf of below named defendant. This power is void if altered or erased, void if used with other powers of this company or other powers of other companies to furnish bail in excess of the stated face amount of this power, and can only be used once. The obligation of Larry Edwards shall not exceed the sum of the bond or **ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS ($125,000.00)** whichever is less, and provided this power-of-attorney is filed with the bond and retained as part of the court records. The said attorney-in-fact is hereby authorized to insert in this power-of-attorney the name of the person on whose behalf this bond was given.

IN WITNESS THEREOF, LARRY H. EDWARDS has caused these presents to be signed by him, proper for purpose and his seal hereunto affixed this 6TH day of AUG, 2012.

NO EXPIRATION DATE

VOID if not used by:

**PLEASE PRINT CLEARLY**

BOND AMOUNT $ 15,000    Court Appearance Date: 8-20-12

Defendant: JESSICA JAUCH    Case #: _____

S.S. #: [redacted]    DOB: [redacted]

Court: CIRCUIT    City: STARKVILLE    State: MS

Offense: SALE OR TRANSFER OF XANAX

If Rewrite, Original Bond #: _____

Executing Agent: Debbie Dinsmore

**A & A BAIL BONDS**

Larry H. Edwards (signature)

Larry H. Edwards
Professional Bail Agent-PERS
Personal Surety
MS License # 200060

FILED AUG 24 2012

PEGGY R. MILLER, CIRCUIT CLERK
BY _____ MPB D.C.

DOCUMENT NO. 1    34

MISSISSIPPI LICENSE NO. 0200060

*Conducting Business As*

# A & A Bail Bonds

**Larry H. Edwards**
Professional Bail Bondsman

2779 West Roane Avenue
Eupora, Mississippi 39744
(662) 258-6500 • Fax (662) 258-6885
Toll Free 1-866-605-2779

Bond # 8355

Bond 15,000

**APPEARANCE BOND** _Circuit_ Court

**The State of Mississippi** _Choctaw_ County

We, _Jessica Jauch_ , Principal,

and **LARRY H. EDWARDS, PROFESSIONAL BONDSMAN** surety, agree to pay the State of Mississippi _Fifteen Thousand_ Dollars, unless the said _Jessica Jauch_ shall appear before the _Circuit_ Court on the _20th_ day of _Aug_ 20_12_ at _9:00_ o'clock _AM_ in, and from day to day and term to term until discharged by law to answer a charge of _Sale or Transfer of Xanax_ ,

LARRY H. EDWARDS _Larry H. Edwards_ (Signed) _Jessica Jauch_
By _Debbie Dinsmore_

Approved this _6_ day of _August_ , 20_12_ Approved by _[signature]_ Birthdate ____
Defendant's S.S. Number _662-465-1034_ Address _54 Woodson Rd_
Home Phone _662-465-1034_ Sturgis MS
Work Phone ____

FILED
AUG 24 2012
PEGGY R. MILLER, CIRCUIT CLERK
BY _MBB_

Client: Jessica Jauch  
Style of Case: State of MS v. Jessica Jauch  
Type of Case: Sale of a Schedule IV Controlled Substance  
Date Created: August 28, 2012  
Attorney: C. Hays Burchfield – Appointed  
Address: P.O. Box 733  
Eupora, MS 39744  
Office Phone #: (662) 258-6633  

| DATE: | ACTIVITY: | EXPENSES/TIME: |
|---|---|---|
| 8/20/12 | Appointed to case in open court, interviewed client, watched video, reviewed initial discovery | 3 hours |
| 8/21/12 | Talked to ADA by telephone, received, printed and Reviewed emailed discovery | 2 hours |
| 8/24/12 | Met with client and witnesses in my office | 2 hours |
| 8/25/12 | Talked to potential witnesses by phone, prepared jury instructions, witness list, and prepared pre-trial motion | 6 hours |
| 8/27/12 | Traveled to Ackerman and met with client to go over expectations for trial and started watching video again until conference with ADA where he told me State was dismissing the case | 2 hours |

TOTAL HOURS: 15

IN THE CIRCUIT COURT OF CHOCTAW COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS             CAUSE NO. 2012-011-CR

JESSICA JAUCH

### DISMISSAL ORDER

**CAME ON TO BE HEARD**, this day, the *Ore Tenus* Motion of the State, to dismiss the indictment in the above styled and numbered cause as to the above named Defendant, in the interest of justice, and the Court, having been fully advised in the premises, is of the opinion that the State's Motion is well taken, and that the same should be, and is hereby sustained.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the indictment in the above styled and numbered cause is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Circuit Clerk of Choctaw County is directed to send a copy of this Order to all parties.

**SO ORDERED AND ADJUDGED**, this the 29 day of January, 2013.

_____
Circuit Court Judge

Submitted by:

_____
Assistant District Attorney

F I L E D

JAN 29 2013

PEGGY R. MILLER, CIRCUIT CLERK
BY _____ D.C.
23/70

DOCUMENT NO. 1          39