# Choctaw County Sheriff's Department — Arrest Report

| Field | Value |
|---|---|
| Miranda Given By | (blank) |
| Date and Time of This Warning | 4/27/12 0010 |
| CCSD Case Number | 1204164 |
| 1 Name – Last, First, Middle | Ellington, Jessica Nicole |
| 2 Alias | |
| 3 Sex | F |
| 4 Race | W |
| 5 HGT | 5 ft 9 in |
| 6 WGT | 160 |
| 7 Eye | Blue |
| 8 Hair | Brown |
| 9 Complexion | med |
| 10 Scars, Marks, Tatoos or Amputations | Back |
| 11 Place of Birth | Tupelo |
| 12 State | MS |
| 13 SSN | (blank) |
| 14 DOB | |
| 17 Parent, Guardian, Next of Kin | Patty Batlin |
| 18 Home Address | 115 Lakefront Drive, Pearl, MS |
| 19 Res Phone | 662 803-4030 |
| 20 Occupation | |
| 21 Employer | N/A |
| 22 Business Address | N/A |
| 23 Bus Phone | N/A |
| 24 Location of Arrest | Starkville Police Department |
| 25 Arrested for | CCSD |
| 26 Condition of Arrestee | Sober |
| 27 Resist Arrest? | No |
| 28 Injuries? | (none) |
| 29 Armed? | No |
| 31 Date of Arrest | 4/27/12 |
| 32 Time of Arrest | 0010 |
| 33 Type of Arrest | Warrant |
| 34 Arrested Before in this County? | No |
| 35 Charge (1) | Emb/und/Contract |
| 36 Offense Date | 10/12/ |
| 46 Warrant Number | 37184 |
| 47 Date Issued | 10/12/11 |
| 67 Arrest Disposition | Held |
| 85 Arresting Officer – 1 | Scott, Billy C. |
| 86 Badge | C-6 |

**84 Circumstances Leading to, or Resulting in Arrest:**

Ms Ellington was arrested in Starkville, MS from traffic stop. I was notified of warrant. I transported Miss Ellington from Starkville PD to Choctaw Co for proper paperwork and processing.

EXHIBIT C

4-27-12

9

# Choctaw County Sheriff's Department

# Criminal Record

| Name | Jessica Nicole Ellington | SSN# | | DOB | |
|---|---|---|---|---|---|
| Address | 54 Wadon Rd Sturgis | | Race | W | Sex F |
| Height | 5'10" Weight 155 | | C/Hair Brown | C/Eyes Green | |
| DL/License # | | Next of Kin Betty Gatlin | | | |

| | Page # | Jail Docket Line # | Arrest Date | Charges | Release Date |
|---|---|---|---|---|---|
| 1 | 285 | 13 | 4-27-12 | Warrant - Hold for SPD | 7-25-12 |
| 2 | 285 | 14 | 4-27-12 | Copies released to OPD | 8-6-12 |
| 3 | 294 | 5 | 7-25-12 | returned from OPD. Counts ALA Bond 01 BB | 8-6-12 |
| 4 | " | " | | Released to OKTibbeha | 8-6-12 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |