## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

| CITY OF STARKVILLE | Judicial District: ☐ 1 ☐ 2 | | Nº 177368 |
|---|---|---|---|
| | Agency Code 5302 | | |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Hwy 12 | Jackson | |

| Day | Date | Time 2210 ☐ AM ☒ PM | Accident ☐ yes ☒ no | District 05 | Precinct |
|---|---|---|---|---|---|
| Thur | 4-26-12 | | | | |

**Defendant: ( First Name, Middle Name, Last Name)**
Jessica Nicole Ellington

**License Address** 115 Lakefront Drive

| City Pearl | State MS | Zip Code 39208 |
|---|---|---|

| Driver's License Number | Class R | State MS | Sex F | Race W | Date of Birth |
|---|---|---|---|---|---|

| Vehicle License Number KUI 792 | State MS | Year 2013 | Make Toyota | Model TAN | Type P-C |
|---|---|---|---|---|---|

Defendant's Current Address: _____
Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

| (Check Only One Offense Each Ticket) | SPEED | ZONE |
|---|---|---|

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____
- ☐ F02 Child Restraint Violation
- ☒ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation ( _____ )

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____ Unit / Badge # 546

Sworn to before me this the 27 day of April, 2012.

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 21st day of May, 20 12. At 2:00 AM/PM at:

Court's Physical Address: 101 LAMPKIN ST. STARKVILLE, MS 39759
Court's Mailing Address: 101 LAMPKIN ST. STARKVILLE, MS 39759
Court's Telephone Number: 662-323-1491

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____ | 7-09 |
|---|---|

LAWRENCE-GREENWOOD 00600

---

## STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

| CITY OF STARKVILLE | Judicial District: ☐ 1 ☐ 2 | | Nº 177369 |
|---|---|---|---|
| | Agency Code 5302 | | |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Hwy 12 | Jackson | |

| Day | Date | Time 22P ☐ AM ☒ PM | Accident ☐ yes ☒ no | District 05 | Precinct |
|---|---|---|---|---|---|
| Thur | 4-26-12 | | | | |

**Defendant: ( First Name, Middle Name, Last Name)**
Jessica Nicole Ellington

**License Address** 115 Lakefront Drive

| City Pearl | State MS | Zip Code 39208 |
|---|---|---|

| Driver's License Number | Class R | State MS | Sex F | Race W | Date of Birth |
|---|---|---|---|---|---|

| Vehicle License Number KUI 792 | State MS | Year 2013 | Make Toyota | Model TAN | Type P-C |
|---|---|---|---|---|---|

Defendant's Current Address: _____
Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

| (Check Only One Offense Each Ticket) | SPEED | ZONE |
|---|---|---|

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____
- ☐ F02 Child Restraint Violation
- ☒ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation ( _____ )

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____ Unit / Badge # 546

Sworn to before me this the 27 day of April, 20 12.

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 21st day of May, 20 12. At 2:00 AM/PM at:

Court's Physical Address: 101 LAMPKIN ST. STARKVILLE, MS 39759
Court's Mailing Address: 101 LAMPKIN ST. STARKVILLE, MS 39759
Court's Telephone Number: 662-323-1491

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____ | 7-09 |
|---|---|

LAWRENCE-GREENWOOD 00600



Blumberg No. 5208

EXHIBIT
D

## Left Ticket

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

| CITY OF STARKVILLE | Judicial District: ☐ 1 ☐ 2 | | |
|---|---|---|---|
| | Agency Code 5302 | № 177370 | |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Hwy 12 | Jackson | |

| Day | Date | Time 22/0 ☐ AM ☒ PM | Accident ☐ yes ☒ no | District 05 | Precinct |
|---|---|---|---|---|---|
| Thur | 4-26-12 | | | | |

**Defendant: (First Name, Middle Name, Last Name)**
Jessica Nicole Ellington

**License Address**
115 Lakefront Drive

| City | State | Zip Code |
|---|---|---|
| Pearl | MS | 39208 |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| [REDACTED] | R | MS | F | W | [REDACTED] |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| KUI 792 | MS | 2013 | Toyota | TRK | P-C |

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket) | SPEED _____ | ZONE ✓

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____

- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☒ D36 No Proof of Liability Ins.
- ☐ Other Violation (_____)

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____ Unit / Badge # 546

Sworn to before me this the 27 day of April, 20 12.

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the 21st day of May, 2012. At 2:00 AM/PM at:

Court's Physical Address: 101 LAMPKIN ST. STARKVILLE, MS 39759
Court's Mailing Address: 101 LAMPKIN ST. STARKVILLE, MS 39759
Court's Telephone Number: 662-323-1491

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL/AFFIDAVIT Case _____ Page _____ Docket _____    7-09

LAWRENCE-GREENWOOD 00600

## Right Ticket

**STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET**

| CITY OF STARKVILLE | Judicial District: ☐ 1 ☐ 2 | | |
|---|---|---|---|
| | Agency Code 5302 | № 177371 | |

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| Hwy 12 | Jackson | |

| Day | Date | Time 22-10 ☐ AM ☒ PM | Accident ☐ yes ☐ no | District 05 | Precinct |
|---|---|---|---|---|---|
| Thur | 4-26-12 | | | | |

**Defendant: (First Name, Middle Name, Last Name)**
Jessica Nicole Ellington

**License Address**
115 Lakefront Drive

| City | State | Zip Code |
|---|---|---|
| Pearl | MS | 39208 |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| [REDACTED] | R | MS | F | W | |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| KUI 792 | MS | 2013 | Toyota | TRK | P-C |

Defendant's Current Address: _____

Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

(Check Only One Offense Each Ticket) | SPEED | ZONE

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☒ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ Explanation: _____

- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☐ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag/No Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ N50 Improper Turn
- ☐ D36 No Proof of Liability Ins.
- ☐ Other Violation (_____)

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____ Unit / Badge # 546

Sworn to before me this the 27 day of April, 20 12.

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on



ELLINGTON, JESSICA NICOLE
115 LAKEFRONT DRIVE
PEARL, MS 39208

7-09