IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                              PLAINTIFF

VERSUS                                                          NO. 1:15CV75-SA-SAA

CHOCTAW COUNTY, ET AL.                                                   DEFENDANTS

<u>DECLARATION OF DEBRA ODOM</u>

I, Debra Odom, submit this Declaration pursuant to 28 U.S.C. § 1746.

1. I am a friend of Jessica Jauch.

2. After Jessica was detained at the Choctaw County jail, I regularly called the jail during her detention to ask to speak to the Sheriff, Cloyd Halford. My reason for calling was to see when Sheriff Halford would take Jessica to appear before a judge so that she could make bond.

3. Despite repeated calls to Sheriff Halford, he never returned my calls.

4. I spoke to Choctaw County Jail employees numerous times during those calls and always asked why Jessica was not being allowed to appear before a judge to have her bond set.

5. Finally, one time I called, Sheriff Halford picked up the phone. When I asked Sheriff Halford why he was not taking Jessica before a judge, he told me that Jessica was being held on a *Capias* Warrant and he did not have to let her see a judge. He told me that Jessica would be held without seeing a judge until August.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on June _17th_, 2016.

_Debra Odom_
DEBRA ODOM

2