IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                                    PLAINTIFF

vs.                                                               CAUSE NO. 1:15-CV-75-SA-SAA

CHOCTAW COUNTY and
CLOYD HALFORD, In His
Individual Capacity                                                                         DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Michael S. Carr, one of the attorneys of record for Defendants Choctaw County and Cloyd Halford, in his Individual Capacity, and respectfully enters his Motion to Withdraw as Counsel of record pursuant to local Rule 83.1(b)(3) for the following reasons, to-wit:

1. The undersigned entered his appearance in this matter on July 16, 2015 **[Doc. 7]**.

2. The undersigned is no longer associated with lead counsel in this matter, Daniel J. Griffith.

3. Defendant would not suffer undue prejudice by withdrawal due to continuous representation by counsel.

WHEREFORE, PREMISES CONSIDERED, attorney Michael S. Carr respectfully requests that this Court authorize his withdrawal from this cause of action.

**RESPECTFULLY SUBMITTED** this the 29th day of August, 2016.

### CARR & CALDERÓN

By: **/s/ *Michael S. Carr***
　　Michael S. Carr, MS Bar No. 102138
　　Attorney for Defendants

Of Counsel:

CARR & CALDERÓN
303 Cotton Row
P.O. Box 1818
Cleveland, MS 38732
Phone: (662) 545-4445
Fax: 9662) 796-3689
Email: mcarr@carrcalderon.com

### CERTIFICATE OF SERVICE

    I, Michael S. Carr, attorney of record for Defendants, Choctaw County and Cloyd Halford, in his Individual Capacity, hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Withdraw as Counsel* to be delivered VIA ECF FILING to the following Counsel of Record:

> Victor I. Fleitas, P.A.
> 452 North Spring Street
> Tupelo, MS 38804
> Phone: 662-840-0270
> Fax: 662-840-1047
> Email: fleitasv@bellsouth.net
> **Attorney for Plaintiff**

    **DATED** this 29th day of August, 2016.

                                          /s/ *Michael S. Carr*
                                            Michael S. Carr