IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                                                PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:15-CV-75-SA-SAA

CHOCTAW COUNTY, and
CLOYD HALFORD                                                                                            DEFENDANTS

ORDER

Pursuant to a memorandum opinion issued this day, Jessica Jauch's Cross-Motion for Partial Summary Judgment [20] requesting that the Court make a finding of liability against the Defendants is DENIED. With no basis remaining for liability against any Defendant, and no remaining claims, the Plaintiff's case is hereby DISMISSED with prejudice, and this case is CLOSED.

SO ORDERED, on this the 30th day of September, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE