IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                    PLAINTIFF

VERSUS                                                        NO. 1:15CV75-SA-SAA

CHOCTAW COUNTY AND
CLOYD HALFORD, In His Individual Capacity                        DEFENDANTS

NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT the Plaintiff, Jessica Jauch, appeals to the United

States Court of Appeals for the Fifth Circuit, from the Order [Doc. 30] granting the

Defendant Choctaw County and the Defendant Cloyd Halford, In His Individual

Capacity, summary judgment and dismissing all claims with prejudice, entered on

September 30, 2016.

Respectfully submitted, this the 17th day of October, 2016

/s/ Victor Israel Fleitas

_____
VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / Email

Attorney for Jessica Jauch

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Daniel J. Griffith, Esq.
> Jacks, Griffith & Luciano
> Post Office Box 1209
> Cleveland, Mississippi 38732
> dgriffith@jlpalaw.net

This the 17th day of October, 2016.

/s/ Victor Israel Fleitas

_____

VICTOR I. FLEITAS

2