IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                                              PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:15-CV-75-SA-RP

CHOCTAW COUNTY, and
CLOYD HALFORD                                                                                        DEFENDANTS

ORDER

Pursuant to the Judgment and Opinion [34] issued by the Fifth Circuit, partial summary judgment in favor of the Plaintiff is GRANTED as to liability on her Fourteenth Amendment claim. The Court will notice a trial on damages by separate order.

SO ORDERED on this, the 27th day of November, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE