UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

# NOTICE

| | |
|---|---|
| JESSICA JAUCH | PLAINTIFF |
| V. | CASE NO. 1:15CV75-SA-SAA |
| CHOCTAW COUNTY, ET AL | DEFENDANTS |

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**703 HIGHWAY 145 NORTH**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM 2 - SECOND FLOOR**<br><br>Date and Time<br>**MONDAY, MARCH 18, 2019, 9:40 A.M.** |

**Type of Proceeding**

**MVD/JURY TRIAL BEFORE U.S. DISTRICT JUDGE SHARION AYCOCK.**
YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.
YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE
AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.

DAVID CREWS, Clerk of Court

BY:  /s/   Melinda Tucker
           Courtroom Deputy

Date:   November 27, 2018

To:   Victor Israel Fleitas (electronic notice only)
      Daniel J. Griffith (electronic notice only)
      Arnulfo U. Luciano (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**