**IN THE UNITED STATES DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

**JESSICA JAUCH**

**V.**  **CASE NO. 1:15CV075-SA-RP**

**CHOCTAW COUNTY, ET AL**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time and place set forth below:

| | |
|---|---|
| **Place**<br>U.S. FEDERAL BLDG.<br>**Oxford**, MS 38655 | **Room No.**<br>911 Jackson Ave., Room 242 |
| | **Date and Time**<br>February 19, 2019 at 10:00 a.m. |

**Type of Proceeding**
**FINAL PRETRIAL CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**

DAVID CREWS
Clerk of Court

/s/ Rebekah Capps
Courtroom Deputy

Date: November 28, 2018

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**