UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CIVIL MINUTES

Case No 1:15CV075-SA-RP          Held:  OXFORD
Style: JESSICA JAUCH V. CHOCTAW COUNTY, ET AL
Date/Time Began 02/19/19 at 10:00 a.m.   Date/Time Ended:  02/19/19 at 12:00 p.m.

        Total Time: 2 hours

PRESENT:  **HONORABLE ROY PERCY, MAGISTRATE JUDGE**

_____          _____
     Deputy Clerk                      Court Reporter

Attorneys for Plaintiff(s):        Attorneys for Defendant(s):
Victor Israel Fleitas               Daniel J. Griffith

PROCEEDINGS: Final Pretrial Conference
Held    X     Not Held_____  Canceled _____  Reset _____

_____
Docket Entry:
Conference held. Settlement conference to be set for 1:00 p.m. on February 28, 2019. Counsel for the parties to submit revised pretrial order at that time.


                                        DAVID CREWS, CLERK

                                             /s/ Rebekah Capps
                                        By:_____
                                             Courtroom Clerk