## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

### <u>NOTICE</u>

JESSICA JAUCH

     V.                                    CASE NO.   1:15CV075-SA-RP

CHOCTAW COUNTY, ET AL

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

**Place**
 FEDERAL BLDG.
 Oxford, MS.

**Room No.**
911 Jackson Ave., Suite 242

---

 **Date and Time**
 **February 28, 2019 at 1:00 p.m.**

---

**Type of Proceeding**

### SETTLEMENT CONFERENCE

### BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY

---

<u>DAVID CREWS</u>
Clerk of Court


<u>/s/ Rebekah Capps</u>
Courtroom Deputy

Date: February 20, 2019

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**