**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CIVIL MINUTES**

Case No. 1:15-CV-75-SA-RP                         Held: OXFORD

Style: Jauch v. Choctaw County et al

Date/Time Began: 3/14/19 at 10:00 a.m.    Date/Time Ended: 3/14/19 at 2:00 p.m.

Total Time: 4 hr.

PRESENT: Honorable **ROY PERCY, MAGISTRATE JUDGE**

　　　　Deputy Clerk　　　　　　　　　　　　　　　Court Reporter

Attorneys for Plaintiff:　　　　　　Attorneys for Defendants:

　Victor Fleitas　　　　　　　　　　　Daniel Griffith

PROCEEDINGS: Settlement Conference

Held  X    Not Held _____    Cancelled _____    Reset _____

ENTRY TO BE MADE ON DOCKET:
Conference held. Case did not settle.

　　　　　　　　　　　　　　　　　　DAVID CREWS, CLERK

　　　　　　　　　　　　　　　　　　/s/ Catherine Servati
　　　　　　　　　　　　　　　　　　Courtroom Deputy