**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

JESSICA JAUCH                                                                 PLAINTIFF

vs.                                                        CAUSE NO. 1:15-CV-75-SA-RP

CHOCTAW COUNTY, et al.                                                 DEFENDANTS

### ENTRY OF APPEARANCE

**NOW COMES** Mary McKay Griffith of the firm of the firm **JACKS | GRIFFITH | LUCIANO, P.A.**, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters her appearance as counsel of record for the Defendants Choctaw County and Cloyd Halford, in his Individual Capacity.

**RESPECTFULLY SUBMITTED** this the 15th day of March, 2019.

                                                        **JACKS | GRIFFITH | LUCIANO, P.A.**

                                               By: /s/ *Mary McKay Griffith*
                                                    Mary McKay Griffith, MS Bar No. 100785
                                                    Attorneys for Defendants

Of Counsel:

Jacks Griffith Luciano, P.A.
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
Telephone: (662) 843-6171
Facsimile: (662) 843-6176
Email: mgriffith@jlpalaw.com
www.jlpalaw.com

## CERTIFICATE OF SERVICE

    I, Mary McKay Griffith, attorney of record for Defendants, Choctaw County and Cloyd Halford, in his Individual Capacity, hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered VIA ECF FILING to all Counsel of Record.

>Victor I. Fleitas, P.A.
>452 North Spring Street Tupelo, MS 38804
>Phone: 662-840-0270
>Fax: 662-840-1047
>Email: fleitasv@bellsouth.net
>**Attorney for Plaintiff**

    **DATED** this 15th day of March, 2019.

>/s/ *Mary McKay Griffith*
>  Mary McKay Griffith