IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CIVIL MINUTES - JURY TRIAL

**CIVIL ACTION NO.:**  1:15-CV-75-SA    JAUCH V. CHOCTAW COUNTY, ET AL.

**Date/Time Began:**  MONDAY, MARCH 18, 2019 – 10:05 A.M.

**Date/Time Ended:**  TUESDAY, MARCH 19, 2019 – 2:11 P.M.

March 18, 2019:  10:05 a.m. – 4:45 p.m.:  4 hours and 55 minutes in court
March 19, 2019:  9:03 a.m. – 2:11 p.m.:  3 hours and 15 minutes in court
Deliberations:  2:08 p.m. – 3:28 p.m.:  1 hour and 20 minutes
Deliberations – Punitive Phase:  4:37 p.m. – 4:54 p.m.:  17 minutes

**TOTAL FOR 2 DAYS:**  8 HRS. 10 MINS.
_____

**Presiding Judge:**  Sharion Aycock

**Court Reporter:**  Phyllis McLarty    **Courtroom Deputy:**  Melinda Tucker

**Attorney for Plaintiff:**        **Attorney(s) for Defendant:**
Victor I. Fleitas            Daniel J. Griffith
                Mary McKay Griffith
_____

**COMPENSATORY DAMAGES:**
**AGAINST CHOCTAW COUNTY:**  $ 50,000.00    **AGAINST CLOYD HALFORD:**  $200,000.00

**PUNITIVE DAMAGES:**
**AGAINST CLOYD HALFORD:**  $0.00

**DELIBERATIONS BEGAN:**  03/19/19 – 2:08 p.m. – 3:28 p.m.

**DELIBERATIONS – PUNITIVE PHASE:**  03/19/19 – 4:37 p.m. – 4:54 p.m.

**VERDICT RETURNED:**  03/19/19 – 3:29 p.m.
**PUNITIVE VERDICT RETURNED:** 03/19/19 – 4:55 p.m.

**EXHIBITS INTRODUCED:**  YES

DAVID CREWS, CLERK

By:  ____/s/ Melinda Tucker_____
Courtroom Deputy