# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JESSICA JAUCH**             **PLAINTIFF**

**V.**             **CIVIL ACTION NO. 1:15-CV-75-SA-RP**

**CHOCTAW COUNTY, ET AL.**             **DEFENDANTS**

## WITNESS LIST – (JURY TRIAL)

**PLAINTIFF:**             **DEFENDANT:**

| | |
|---|---|
| Patti Gatlin – 03/18/19 | Lee Upchurch – 03/19/19 |
| Jessica Nicole Jauch – 03/18/19 | Cloyd Halford – 03/19/19 |
| | |
| | |
| | |
| | |
| | |
| | |

Plaintiff Rests: 03/18/19 – 4:44 p.m.          Defense Rests: 03/19/19 – 10:40 a.m.

**Plaintiff Rebuttal Witness:**

Deborah Joy Odom – 03/19/19 – 10:42 a.m.

Plaintiff Rebuttal Rests – 03/19/19 – 10:49 a.m.