IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JESSICA JAUCH**                                                                               **PLAINTIFF**

**V.**              **CIVIL ACTION NO. 1:15-CV-75-SA-RP**

**CHOCTAW COUNTY, ET AL.**              **DEFENDANTS**

_____

**Presiding Judge:**     Sharion Aycock         **JURY TRIAL - March 18-19, 2019**

**Court Reporter:**     Phyllis McLarty         **Courtroom Deputy:**   Melinda Tucker

_____

**Attorney for Plaintiff:**                           **Attorney(s) for Defendants:**
Victor I. Fleitas                                        Daniel J. Griffith
                                                            Mary McKay Griffith

## COURT EXHIBIT LIST

| Ex. # | Date | M | A | Description of Exhibit |
|---|---|---|---|---|
| C1 | 03/18/19 | | X | Stipulated Facts – from Pretrial Order dated March 6, 2019 |

## PLAINTIFF EXHIBIT LIST

| Ex. # | Date | M | A | Description of Exhibit |
|---|---|---|---|---|
| P1 | 03/18/19 | | X | Indictment |
| P2 | 03/18/19 | | X | Capias (Executed) |
| P3 | 03/18/19 | | X | Motion for Discovery |
| P4 | 03/18/19 | | X | Arraignment Order |
| P5 | 03/18/19 | | X | Bail Bond |
| P6 | 03/18/19 | | X | Itemized Statement for Compensation |
| P7 | 03/18/19 | | X | Dismissal Order |

| Ex. # | Date | M | A | Description of Exhibit |
|---|---|---|---|---|
| P8 | 03/18/19 | | X | Letter from Brian Clark, Esq. to Cloyd Halford Re: Consent to Guardianship |
| P9 | 03/18/19 | | X | Consent to Guardianship |
| P10 | 03/18/19 | | X | Booking Photos |
| P11 | 03/18/19 | | X | Arrest Report |

**DEFENSE EXHIBIT LIST**

| Ex. # | Date | M | A | Description of Exhibit |
|---|---|---|---|---|
| D4 | 03/18/19 | | X | ID ONLY – Petition to Adjudicate Guilt |