IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                                               PLAINTIFF

V.                                                                                               NO. 1:15-CV-75-SA-RP

CHOCTAW COUNTY and
CLOYD HALFORD, in his individual capacity                                              DEFENDANTS

VERDICT FORM

We, the jury, award damages against Choctaw County in the amount of: __50,000__.

Signed_____  Date __3/19/2019__
    Foreperson

We, the jury, award damages against Sheriff Cloyd Halford in the amount of: __200,000__.

Signed_____  Date __3/19/2019__
    Foreperson