IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                                    PLAINTIFF

V.                                                                                    NO. 1:15-CV-75-SA-RP

CHOCTAW COUNTY and
CLOYD HALFORD, in his individual capacity                                        DEFENDANTS

VERDICT FORM

We, the jury, award punitive damages against Sheriff Cloyd Halford in the amount of: __ZERO__.

Signed _____    Date __3/19/2019__
         Foreperson