IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                      PLAINTIFF

V.                                                                             NO. 1:15-CV-75-SA-RP

CHOCTAW COUNTY and
CLOYD HALFORD, in his individual capacity                          DEFENDANTS

JUDGMENT

A jury tried this case with the undersigned judge presiding, and the jury rendered a verdict on March 19, 2019. In accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff against Choctaw County, and $50,000.00 is awarded.

In accord with the verdict rendered in this case, judgment is hereby entered in favor of the Plaintiff against Cloyd Halford, and $200,000.000 is awarded.

No punitive damages are awarded.

SO ORDERED, on this the 26th day of March, 2017.

                                                               /s/ Sharion Aycock
                                                               UNITED STATES DISTRICT JUDGE