IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JESSICA JAUCH                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:15CV75-SA-RP

CHOCTAW COUNTY, ET AL.                                                              DEFENDANTS

## CONSENT ORDER GRANTING ATTORNEY'S FEES, COSTS AND EXPENSES

Presently before the Court is the Plaintiff's Motion for Attorney's Fees, Costs, and Expenses [62].

Upon due consideration and noting the agreement of the parties, the Court finds that Plaintiff's motion is well-taken and should be granted as follows:

The Court finds the Plaintiff is entitled to $96,516.96 in reasonable attorney's fees for prosecuting this action. The Plaintiff is additionally entitled to $3,483.04 in reasonable costs and expenses. Accordingly, the Plaintiff is entitled to a total of $100,000.00 in attorney's fees, costs, and expenses in addition to the judgment entered in this action.

So ORDERED, this the 15th day of July, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

Agreed to:

/s/ Daniel J. Griffith, Esq.
Attorney for Choctaw County &
    Cloyd Halford

/s/ Victor Israel Fleitas
Attorney for Jessica Jauch